No. 76–84.  SECURITY MUTUAL CASUALTY CO. *v.* CENTURY CASUALTY CO.  C. A. 10th Cir.  Certiorari denied. 

No. 76–91.  SOUND SHIP BUILDING CORP. *v.* BETHLEHEM STEEL CORP.  C. A. 3d Cir.  Certiorari denied. 

No. 76–92.  AMERICAN HONDA MOTOR CO., INC. *v.* CITY OF FARMERS BRANCH ET AL.  Sup. Ct. Tex.  Certiorari denied. 

No. 76–93.  ROVIN SALES CO. *v.* BOGDAN ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 76–97.  PETRYCKI *v.* YOUNGSTOWN & NORTHERN RAILROAD CO.  C. A. 6th Cir.  Certiorari denied. 

No. 76–102.  RINGE *v.* UNITED STATES.  Ct. Cl.  Certiorari denied. 

No. 76–108.  MCDANNALD *v.* LEAGUE CITY.  Sup. Ct. Tex.  Certiorari denied.

No. 76–109.  STEPHENS *v.* UNITED STATES; and
No. 75–6809.  BRACKEEN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied. 

No. 76–110.  PARK CITY UTAH CORP. *v.* RUSSELL ET UX.  Sup. Ct. Utah.  Certiorari denied. 

No. 76–111.  SALVUCCI *v.* NEW HAMPSHIRE JOCKEY CLUB, INC., ET AL.  C. A. 1st Cir.  Certiorari denied. 

No. 76–114.  SANTIAGO *v.* SUPREME COURT OF NEW YORK, KINGS COUNTY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 76–116.  STUART *v.* BUTLER ET AL.  C. A. 9th Cir.  Certiorari denied.